AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otazo-Reyes, Alicia M. | U.S. District Court, Southern District of Florida | 04/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full time | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

301 N. Miami Avenue
Miami, Florida 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Miami Dade College Paralegal Studies Program Advisory Committee |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otazo-Reyes, Alicia M.** | 04/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otazo-Reyes, Alicia M.** | 04/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Citibank (cash) | B | Interest | N | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. Bank of America, NA, RASP (cash) | A | Interest | J | T | | | | | |
| 5. AB Large Cap Growth Fund (APGYX) | A | Dividend | K | T | | | | | |
| 6. AIG Focused Dividend Strategy (FDSWX) | A | Dividend | J | T | Sold (part) | 03/06/19 | J | | |
| 7. Alger Small Cap Focus Fund Class Z (AGOZX) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 8. | | | | | Buy (add'l) | 08/30/19 | J | | |
| 9. BBH Limited Duration Fund Cl I (BBBIX) | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 10. Blackrock Credit Strategies Income Fund (BSMIX) | A | Dividend | J | T | | | | | |
| 11. Blackrock Mid Cap Growth Equity Portfolio Inst. Cl. (CMGIX) | | None | J | T | Buy | 11/04/19 | J | | |
| 12. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 13. Blackrock High Yield Bd. Portfolio Fund (BHYIX) | A | Dividend | J | T | | | | | |
| 14. Columbia Large Cap Enhanced Core Fund (NMINX) | | None | | | Sold | 03/15/19 | K | | |
| 15. Delaware Value Fund (DDVIX) | B | Dividend | K | T | | | | | |
| 16. Eaton Vance High Income Opportunities Fund (EIHIX) | A | Dividend | J | T | | | | | |
| 17. Eaton Vance Floating Rate MF (EIBLX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Federated Kaufmann Small Cap Pund Cl IS (FKAIX) | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 19. | | | | | | Buy (add'l) | 09/30/19 | J | | |
| 20. | Fidelity Adv Growth Opps Fd. Cl I (FAGCX) | | None | J | T | Buy | 10/28/19 | J | | |
| 21. | Fidelity Adv Intl Cap Apprec Fd. Cl I (FCPIX) | A | Dividend | K | T | Buy | 09/05/19 | J | | |
| 22. | | | | | | Buy (add'l) | 10/28/19 | J | | |
| 23. | | | | | | Buy (add'l) | 11/04/19 | J | | |
| 24. | First TR Dorsey WRT (FV) | | None | | | Sold (part) | 03/07/19 | J | B | |
| 25. | | | | | | Sold | 03/18/19 | J | B | |
| 26. | Franklin Dynatech Fd. Adv. (FDYZX) | | None | J | T | Buy | 10/28/19 | J | | |
| 27. | | | | | | Buy (add'l) | 11/05/19 | J | | |
| 28. | Glenmede Large Cap Growth Fund (GTILX) | C | Dividend | K | T | | | | | |
| 29. | Goldman Sachs Emerging Markets Debt Fund (GSDIX) | A | Dividend | | | Sold | 07/19/19 | J | | |
| 30. | Guggenheim Total Return Bond Fund Instl. Cl. (GIBIX) | | None | J | T | Buy | 03/15/19 | J | | |
| 31. | Hotchkis and Wiley Small Cap Value Fund (HWSIX) | | None | | | Sold | 03/15/19 | J | | |
| 32. | Invesco S&P High Income Low Volatility Fund (SPHD) | A | Dividend | | | Sold | 03/18/19 | J | A | |
| 33. | iShares NASDAQ Biotech ETF (IBB) | | None | | | Sold | 03/07/19 | J | A | |
| 34. | iShares 1-3 year Treasury Bond ETF (SHY) | A | Dividend | K | T | Buy | 03/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/04/19 | J | A | |
| 36.   iShares 20+ year Treasury Bond ETF (TLT) | A | Dividend | K | T | | | | | |
| 37.   iShares S&P Midcap 400 Growth (IJK) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 38.   iShares Core S&P 500 ETF (IVV) | A | Dividend | L | T | | | | | |
| 39.   iShares S&P Smallcap 600 Growth (IJT) | A | Dividend | K | T | | | | | |
| 40.   iShares Core S&P US Growth ETF (IUSG) | A | Dividend | K | T | | | | | |
| 41.   iShares Core S&P US Value ETF (IUSV) | A | Dividend | K | T | | | | | |
| 42.   iShares Inc Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | J | T | | | | | |
| 43.   iShares Short Maturity Bond ETF (NEAR) | B | Dividend | K | T | Buy | 03/18/19 | K | | |
| 44. | | | | | Sold (part) | 09/30/19 | K | | |
| 45.   Ivy Emerging Markets (IPOIX) | | None | | | Sold | 08/08/19 | J | A | |
| 46.   Janus Henderson Global Equity Income Fund Class I (HFQIX) | A | Dividend | | | Sold | 03/06/19 | J | | |
| 47.   Janus Henderson Small Cap Value Fund Cl I (JSCOX) | A | Dividend | J | T | Buy | 09/30/19 | J | | |
| 48.   Janus Henderson Enterprise Fund I (JMGRX) | A | Dividend | K | T | Sold (part) | 03/06/19 | J | | |
| 49.   JOHCM International Select Fund (JOHIX) | | None | | | Sold | 03/15/19 | J | B | |
| 50.   JP Morgan Emerging Markets Eq. Fd. Cl I (JEMSX) | A | Dividend | K | T | Buy | 03/22/19 | J | | |
| 51. | | | | | Buy (add'l) | 08/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 53. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 54. JP Morgan Intrepid Mid Cap Fund (WOOPX) | | None | | | Sold | 03/06/19 | J | | |
| 55. Lord Abbett Bond Debenture Fund Cl F (LBDFX) | A | Dividend | J | T | | | | | |
| 56. Lord Abbett Short Duration Income Fd Cl F. (LDLFX) | A | Dividend | J | T | | | | | |
| 57. Mainstay Large Cap Growth Fund (MLAIX) | D | Dividend | L | T | Sold (part) | 03/06/19 | J | | |
| 58. Metropolitan West Total Return Bond Fund (MWTIX) | A | Dividend | | | Sold | 03/15/19 | K | | |
| 59. MFS International Intrinsic Value Fund (MINIX) | A | Dividend | J | T | | | | | |
| 60. MFS International Diversification Fund Cl I (MDIJX) | A | Dividend | J | T | | | | | |
| 61. MFS Value FD CL I MF (MEIIX) | B | Dividend | L | T | Sold (part) | 03/06/19 | J | | |
| 62. Oakmark Intl Fd Cl Adv (OAYIX) | | None | | | Sold | 01/03/19 | J | | |
| 63. Oppenheimer Developing Markets Fund Cl Y (ODVYX) | | None | | | Buy (add'l) | 01/07/19 | J | | |
| 64. | | | | | Sold | 09/04/19 | J | | |
| 65. PGIM Short Term Corporate Bond Fd Cl Z (PIFZX) | A | Dividend | | | Sold | 03/07/19 | J | | |
| 66. PGIM Total Return Bond Fd Cl Z (PDBZX) | B | Dividend | J | T | Buy (add'l) | 09/30/19 | J | | |
| 67. Pimco International Bond Fund (PFBPX) | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 68. Pimco Global Bond Fund (PGNPX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 04/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Pimco Income Fund (PONPX) | A | Dividend | K | T | | | | | |
| 70. Pioneer Strategic Income Fund (STRYX) | A | Dividend | | | Sold | 03/15/19 | J | | |
| 71. Principal Equity Income Fund CL I (PEIIX) | A | Dividend | J | T | Buy | 09/04/19 | J | | |
| 72. SPDR Gold Trust (GLD) | | None | | | Sold | 03/07/19 | J | | |
| 73. | | | | | Buy | 10/03/19 | J | | |
| 74. | | | | | Sold | 12/11/19 | J | | |
| 75. Thornburg Ltd Term Income Fund (THIIX) | A | Dividend | K | T | | | | | |
| 76. Touchstone Mid Cap Fund Y Class (TMCPX) | A | Dividend | J | T | Buy | 09/30/19 | J | | |
| 77. Tweedy Brown Global Value Fund (TBGVX) | | None | J | T | Buy | 10/28/19 | J | | |
| 78. Wells Fargo Large Cap Core Fund (EGOIX) | | None | | | Sold | 09/04/19 | K | C | |
| 79. Western Asset Core Plus Bond Fund (WACPX) | A | Dividend | K | T | | | | | |
| 80. Brokerage Account #1 (H) | | | | | | | | | |
| 81. Bank of America, NA, RASP (cash) (X) | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Otazo-Reyes, Alicia M.** | 04/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alicia M. Otazo-Reyes**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544